IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE C. GREEN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

v.

CASE NO. 1D15-4863

STELLA STALLWORTH, JOSEPH
FRANKLIN, CHURCH OF GOD
IN CHRIST/NORTHWEST
FL.JUR.,

      Respondents.

_____/

Opinion filed November 13, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Willie C. Green, pro se, Petitioner.

No appearance for Respondents.

PER CURIAM.

      The petition for writ of prohibition is denied on the merits.

THOMAS, ROWE, and KELSEY, JJ., concur.